**Mark Anthony CUNNINGHAM, Petitioner–Appellant,**

**v.**

**Gregory BORIS, Police Officer; Phillip Chapin, Police Officer; Michael Wingler, Police Sergeant; Southern District of Baltimore City, Defendants–Appellees.**

No. 01–7957.

United States Court of Appeals, Fourth Circuit.

Submitted April 26, 2002.

Decided May 9, 2002.

Mark Anthony Cunningham, Appellant Pro Se. Robert D. Anbinder, Office of the

City Solicitor, Baltimore, Maryland; Charles Grant Byrd, Jr., Brown, Alston & Byrd, Baltimore, Maryland, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Anthony Cunningham appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cunningham v. Boris,* No. CA–01–247 (D.Md. Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*